James G. Collins, appellee, v. J. G. Chapline, appellant. Gen. No. 27,750.

Action for damage to plaintiff's automobile in a collision with one alleged to belong to defendant. Judgment for plaintiff. Appeal

from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

Moloney & Postelnek, for appellant; Leo M. Tarpey, of counsel. Elmer J. Schnackenberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.